PATRICK B. BRYAN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044-7611
(202) 616-8299

J. ANDREW RUYMANN
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office, District of New Jersey
402 East State Street, Room 430
Trenton, New Jersey 08608
Phone: (609) 989-0563

*Counsel for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA; NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and ADMINISTRATOR, NEW JERSEY SPILL COMPENSATION FUND<br><br>Plaintiffs,<br><br>v.<br><br>CORNELL DUBILIER ELECTRONICS, INC.<br><br>Defendant. | Civil Action No. _____ |

1

### NOTICE OF LODGING OF CONSENT DECREE SUBJECT TO PUBLIC COMMENT
(No Action Required)

The United States of America ("United States") lodges with the Court the attached proposed Consent Decree between the United States, the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs"), and Cornell Dubilier Electronics, Inc. ("Settling Defendant").  The Consent Decree resolves the Plaintiffs' claims against the Settling Defendant in the above-captioned action.  In accordance with 28 C.F.R. § 50.7, the United States will publish a notice in the Federal Register that the settlement has been lodged with the Court.  Additionally, the New Jersey Department of Environmental Protection will publish a notice in the New Jersey Register that the settlement has been lodged with the Court, in accordance with N.J.S.A. 58:10-23.e.2.  For a period of 60 days from the date of publication in the Federal Register and the New Jersey Register, the public has an opportunity to submit comments relating to the proposed Consent Decree.

After the close of the public comment period, the Plaintiffs will evaluate any comments received and will move for entry of the settlement, unless the comments disclose facts or considerations indicating that the proposed Decree is inappropriate, improper, or inadequate.  **Accordingly, the United States requests**

**that the Court take no action on the proposed Consent Decree until the Plaintiffs move for its approval and entry or otherwise advise the Court.**

        Respectfully submitted,

        *For Plaintiff United States of America*

        ELLEN M. MAHAN
        Deputy Chief
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice

<u>May 31, 2022</u>        *s/ Patrick B. Bryan*
Dated        PATRICK B. BRYAN
        Senior Attorney
        Environmental Enforcement Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        P.O. Box 7611
        Ben Franklin Station
        Washington, D.C.  20044-7611
        (202) 616-8299
        patrick.bryan@usdoj.gov

        PHILIP R. SELLINGER
        United States Attorney
        District of New Jersey

        J. ANDREW RUYMANN
        Assistant United States Attorney
        Chief, Civil Division
        U.S. Attorney's Office, District of New Jersey
        402 East State Street, Room 430
        Trenton, New Jersey 08608
        Phone: (609) 989-0563

OF COUNSEL:

DEBORAH SCHWENK
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 2 - New Jersey Superfund Branch
290 Broadway
New York, New York 10007-1866

CERTIFICATE OF SERVICE

      I certify that on May 31, 2022, I caused to be served the foregoing "Notice of Lodging of Consent Decree Subject to Public Comment," with the attached proposed Consent Decree, by e-mail upon:

Jonathan Ettinger, Esq.
Euripides Dalmanieras, Esq.
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1195 (Ettinger)
617-832-3006 (Dalmanieras)
JEttinger@foleyhoag.com
EDalmani@foleyhoag.com
*Counsel for Cornell Dubilier Electronics, Inc.*

Thomas Lihan, Esq.
Deputy Attorney General
New Jersey Department of Law and Public Safety
Division of Law
Environmental Enforcement and Environmental Justice
25 Market Street, P.O. Box 093
Trenton, NJ 08625
609-376-2740
Thomas.Lihan@law.njoag.gov
*Counsel for New Jersey Department of Environmental Protection
and the Administrator of the New Jersey Spill Compensation Fund*

                                      *s/ Patrick B. Bryan*
                                      PATRICK B. BRYAN
                                      Senior Attorney
                                      United States Department of Justice
                                      Environment & Natural Resources Division