PATRICK B. BRYAN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044-7611
(202) 616-8299

J. ANDREW RUYMANN
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office, District of New Jersey
402 East State Street, Room 430
Trenton, New Jersey 08608
Phone: (609) 989-0563

*Counsel for Plaintiff United States of America*

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-0093

By:  THOMAS LIHAN
Deputy Attorney General
(609) 376-2740

*Counsel for Plaintiffs*
*New Jersey Department of Environmental Protection*
*and the Administrator of the New Jersey Spill Compensation Fund*

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA;<br>NEW JERSEY DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION;<br>and ADMINISTRATOR, NEW JERSEY SPILL<br>COMPENSATION FUND<br><br>Plaintiffs,<br><br>v.<br><br>CORNELL DUBILIER<br>ELECTRONICS, INC.<br><br>Defendant. | Case No. 2:22-cv-03245 |

## CONSENTED-TO MOTION TO ENTER CONSENT DECREE

Plaintiffs, the United States of America, the New Jersey Department of Environmental Protection ("NJDEP"), and the Administrator of the New Jersey Spill Compensation Fund ("Administrator"), respectfully request that the Court enter the proposed Consent Decree lodged with the Court on May 31, 2022. *See* ECF No. 2-1. No proposed order is attached because the Consent Decree contains a signature block for the Court on page 24 at ECF No. 2-1, PageID: 48.

For the reasons set forth in the accompanying Memorandum, the Plaintiffs request that the Court enter the Consent Decree as a final judgment by signing it on page 24 at ECF No. 2-1, PageID: 48.

Respectfully submitted,

*For Plaintiff United States of America*

ELLEN M. MAHAN
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

<u>March 3, 2023</u>
Dated

*s/ Patrick B. Bryan*
PATRICK B. BRYAN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044-7611
(202) 616-8299
patrick.bryan@usdoj.gov

PHILIP R. SELLINGER
United States Attorney
District of New Jersey

J. ANDREW RUYMANN
Assistant United States Attorney
Chief, Civil Division
U.S. Attorney's Office, District of New Jersey

        402 East State Street, Room 430
        Trenton, New Jersey 08608
        Phone: (609) 989-0563

*For Plaintiffs New Jersey Department of Environmental Protection and the Administrator of the New Jersey Spill Compensation Fund*

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
PO Box 093
Trenton, NJ 08625-0093

March 3, 2023      *s/ Thomas Lihan*
Dated      THOMAS LIHAN
     Deputy Attorney General

OF COUNSEL:

DEBORAH SCHWENK
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 2 - New Jersey Superfund Branch.
290 Broadway
New York, New York 10007-1866

# **CERTIFICATE OF SERVICE**

      I certify that on March 3, 2023, I electronically filed the foregoing *Consented-To Motion to Enter Consent Decree* using the Court's CM/ECF system, which will send a notice of such filing to all counsel of record, and also served copies of same by e-mail upon the attorneys listed below.

*For the State of New Jersey*

Thomas Lihan, Esq.
Andrew Verdone, Esq.
Deputy Attorney Generals
New Jersey Department of Law and Public Safety
Division of Law
Environmental Enforcement and Environmental Justice
25 Market Street, P.O. Box 093
Trenton, NJ 08625
609-376-2740
Thomas.Lihan@law.njoag.gov
Andrew.Verdone@law.njoag.gov

*For Cornell Dubilier Electronics, Inc.*

Thomas E. Redburn, Jr., Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
212-419-5899
tredburn@lowenstein.com

Jonathan Ettinger, Esq.
Euripides Dalmanieras, Esq.
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1195 (Ettinger)
617-832-3006 (Dalmanieras)
JEttinger@foleyhoag.com
EDalmani@foleyhoag.com

                *s/ Patrick B. Bryan*
                PATRICK B. BRYAN
                Senior Attorney
                Environment and Natural Resources Division
                United States Department of Justice